IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Cedar Lane Technologies Inc.,** | Case No. 1:26-cv-00294-JHR |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Morgan Stanley,** | |
| Defendant. | |

### ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The request to dismiss this matter without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), see ECF No. 10, is hereby GRANTED.

The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: __March 7__ , 2026
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge

1